# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3712
LT Case No. 2015-CF-000618-A

_____

JOSHUA DANEEL GLOSTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.853 Appeal from the Circuit Court for Duval County.
Kevin Anthony Blazs, Judge.

Joshua Daneel Gloston, Jasper, pro se.

James Uthmeier, Attorney General, and Daren L. Shippy,
Assistant Attorney General, Tallahassee, for Appellee.

April 2, 2026

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————